IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| KARYN NEIMAN, | ) | CASE NO. 1:12-CV-1645 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| ROBERT REID, *et al.*, | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

Pursuant to the Court's Memorandum Opinion filed March 31, 2015, the Court grants Defendants Robert Reid and Cuyahoga County's joint motion for summary judgment (Doc. No. 25) and Defendant Robert Reid's motion for summary judgment on the ground of qualified immunity. (Doc. No. 47).  Therefore, Plaintiff Karyn Neiman's complaint is dismissed.

IT IS SO ORDERED.

 *s/ Kenneth S. McHargh*
Kenneth S. McHargh
United States Magistrate Judge

Dated: March 31, 2015.